UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARNELL MARIE HORNE,

    Plaintiff,

v.

ANGELINE'S YWCA,

    Defendant.

CASE NO. C05-292RSM

ORDER GRANTING
DEFAULT JUDGMENT

    This action was commenced on April 1, 2003, in the United States District Court for the District of Nebraska. (Dkt. #64, Attachment 2). While the case was pending in that District, plaintiff moved for Entry of Default. (Dkt. #64, Attachment 7 at 21). The Nebraska District Court subsequently entered default against defendant, Angeline's YWCA. (Dkt. #64, Attachment 7 at 24). The case was then transferred to this Court.

    Once in this District, plaintiff moved for an Entry of Default Judgment, based on the Nebraska Clerk's Entry of Default. (Dkt. #69). However, she failed to set forth the amount of damages or any other specific relief requested. Accordingly, the Court requested that plaintiff file supplemental briefing, and explained that before the Court could enter default judgment, it must be able to determine the specific relief requested. *See* Fed. R. Civ. P. 55(b)(2).

    Plaintiff has since filed numerous documents presumably in response to the Court's Order.

ORDER
PAGE – 1

1   (Dkts. #74 - #79 and #81).  While it still remains unclear exactly what relief plaintiff is seeking

2   from this Court, it appears that the essence of plaintiff's complaint is that defendant threw away

3   her backpack, along with the personal items within, and plaintiff has never been able to recover

4   that personal property.  Thus, plaintiff apparently seeks an appropriate remedy from this Court.

5   Having reviewed plaintiff's motion and the remainder of the record, the Court does hereby

6   find and ORDER:

7   (1)  Plaintiff's Motion for Default Judgment (Dkt. #69) is GRANTED, and this case is

8   CLOSED.

9   (2)  Defendant is hereby directed to pay plaintiff in the amount of $100.00 in

10  compensation for her lost backpack and other personal property.

11  (3)  The Clerk is directed to forward a copy of this Order to plaintiff.

12  DATED this   18   day of May 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2