```
____ FILED      ____ ENTERED
____ LODGED    ____ RECEIVED

SA   JUL 2 7 2005

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                     DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARNELL MARIE HORNE,

      Plaintiff,

v.

ANGELINE'S YMCA

      Defendant.

CASE NO. C05-292-RSM

ORDER

Plaintiff's Application to Proceed In Forma Pauperis is GRANTED. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefor.

DATED this 27th day of July, 2005.

*/s/ M. Benton*

MONICA J. BENTON
United States Magistrate Judge

05-CV-00292-ORD

ORDER - 1